# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### Please Choose Division

Sandra C. Torres et. al.

vs.

Daniel Defense, LLC; et. al

Case No.: 2:22 CV-00059-AM-VRG

## MOTION FOR ADMISSION PRO HAC VICE

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now __David Lopez__, applicant herein, and moves this Court to grant admission to the United States District Court for the Western District of Texas pro hac vice to represent __Sandra C. Torres et al.__ in this case, and would respectfully show the Court as follows:

1. Applicant is an attorney and a member of the law firm (or practices under the name of) __LM Law Group, PLLC__ with offices at:
   Mailing address: __2806 Fredericksburg Rd STE 118__
   City, State, Zip Code: __San Antonio, TX 78201__
   Telephone: __210-396-2045__  Facsimile: __210-757-4090__

2. Since __11/03/2017__, Applicant has been and presently is a member of and in good standing with the Bar of the State of __Texas__. Applicant's bar license number is __24077974__.

3. Applicant has been admitted to practice before the following courts:

   | Court: | Admission date: |
   |---|---|
   | The Supreme Court of Texas | 11/02/2017 |

4. Applicant is presently a member in good standing of the bars of the courts listed above, except as provided below (list any court named in the preceding paragraph before which Applicant is no longer admitted to practice): N/A

5. I [ ] have [✓] have not previously applied to Appear Pro Hac Vice in this district court in Case[s]:

   Number: _____ on the _____ day of _____, _____.
   Number: _____ on the _____ day of _____, _____.
   Number: _____ on the _____ day of _____, _____.

6. Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court, except as provided: N/A

7. Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

   N/A

8. Applicant has read and is familiar with the Local Rules of the Western District of Texas and will comply with the standards of practice set out therein.

   Yes.

9. Applicant will file an Application for Admission to Practice before the United States District Court for the Western District of Texas, if so requested; or Applicant has co-counsel in this case who is admitted to practice before the United States District Court for the Western District of Texas.

Co-counsel: Blas Delgado

Mailing address: 2806 Fredericksburg Road, Suite 116

City, State, Zip Code: San Antonio, TX 78201

Telephone: (210) 227-4186

Should the Court grant applicant's motion, Applicant shall tender the amount of $100.00 pro hac vice fee in compliance with Local Court Rule AT-1(f)(2) [checks made payable to: Clerk, U.S. District Court].

Wherefore, Applicant prays that this Court enter an order permitting the admission of David Lopez to the Western District of Texas pro hac vice for this case only.

Respectfully submitted,

David Lopez
[printed name of Applicant]

_____
[signature of Applicant]

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of this motion upon each attorney of record and the original upon the Clerk of Court on this the 29 day of November, 2022.

David Lopez
[printed name of Applicant]

_____
[signature of Applicant]

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS

Please Choose Division

Sandra C. Torres et el.

vs.

Daniel Defense, LLC; et al.

Case No.: 2:22-CV-00059-AM-VRG

## ORDER

BE IT REMEMBERED on this day, there was presented to the Court the Motion for Admission Pro Hac Vice filed by __David Lopez__, counsel for __Sandra C. Torres et. al.__, and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission Pro Hac Vice is GRANTED, and __David Lopez__ may appear on behalf of __Sandra C. Torres et. al.__ in the above case.

IT IS FURTHER ORDERED that __David Lopez__, if he/she has not already done so, shall immediately tender the amount of $100.00, made payable to: **Clerk, U.S. District Court**, in compliance with Local Court Rule AT-1(f)(2).

SIGNED this the _____ day of _____, 20_____.

_____
Judge Garcia, United States District Judge.