**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION**

| | | |
|---|---|---|
| **SANDRA C. TORRES, INDIVIDUALLY AND AS MOTHER AND REPRESENTATIVE OF THE ESTATE OF DECEDENT, ELIAHNA TORRES, AND AS NEXT FRIEND OF E.S.T., A MINOR CHILD; ELI TORRES, JR.; AND JUSTICE TORRES,** <br>    Plaintiffs, <br><br> v. <br><br> **DANIEL DEFENSE, LLC; DANIEL DEFENSE, INC.; OASIS OUTBACK, LLC; CITY OF UVALDE; UVALDE CONSOLIDATED INDEPENDENT SCHOOL DISTRICT; UVALDE COUNTY; UVALDE CONSOLIDATED INDEPENDENT SCHOOL DISTRICT POLICE DEPARTMENT ("UCISD-PD") CHIEF PEDRO "PETE" ARREDONDO; UCSID-PD OFFICER ADRIAN GONZALEZ; UCISD-PD RESERVE OFFICER AND UCISD SCHOOL BOARD MEMBER JESUS "J.J." SUAREZ; UVALDE POLICE DEPARTMENT ("UPD") SERGEANT EDUARDO CANALES; UPD LIEUTENANT AND ACTING CHIEF MARIANO PARGAS; UPD LIEUTENANT JAVIER MARTINEZ; UPD SERGEANT DANIEL CORONADO; UPD OFFICER LOUIS LANDRY;  UPD OFFFICER DONALD PAGE; UPD OFFICER JUSTIN MENDOZA; UVALDE COUNTY CONSTABLE EMMANUEL ZAMORA; UVALDE COUNTY CONSTABLE JOHNNY FIELD; TEXAS DEPARTMENT OF PUBLIC SAFETY** | § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § | **CIVIL ACTION NO.** <br> **DR-22-CV-059-AM-VRG** |

| | |
|---|---|
| **("TDPS") CAPTAN JOEL BETANCOURT; TDPS SERGEANT JUAN MALDONADO; TDPS RANGER CHRISTOPHER KINDELL; TDPS TROOPER CRIMSON ELIZONDO; UVALDE FIRE MARSHAL JUAN HERNANDEZ; and DOES 1-123,**<br>     **Defendants.** | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

## ORDER GRANTING ADMISSION *PRO HAC VICE*

Chief United States District Judge Alia Moses referred the above-captioned matter to the undersigned for initial proceedings consistent with 28 U.S.C. § 636(b). Ms. Laura Keeley (New York Bar No. 5820758; California Bar No. 330222) of Everytown Law has moved for admission to appear *pro hac vice* to represent Plaintiffs. As Ms. Keeley is a member in good standing of the bar of the State of New York and the State of California, has not been admitted *pro hac vice* in this District previously, has co-counsel admitted to practice in this District, and has paid the associated fee, her motion [ECF No. 3] is **GRANTED**.

**IT IS ORDERED** that within **10 days** of the date of this order, Ms. Keeley shall obtain an electronic filing account if she does not already have one. *See* Sec. 6a, Admin. Policies and Procedures for Electronic Filing in the W.D. Tex. The Clerk shall not accept filings signed by Ms. Keeley and filed from another attorney's CM/ECF account. **IT IS FURTHER ORDERED** that Ms. Keeley is permitted to appear before this Court *pro hac vice* once, for proceedings in this matter only. Ms. Keeley is hereby given **NOTICE** that it is the policy of the Judges of this District to permit no more than **one** *pro hac vice* admission. If Ms. Keeley desires to practice in the Western District of Texas at any time in the future, she shall promptly submit an application to be admitted to practice in the United States District Court for the Western District of Texas in the manner set forth in the Local Rules. While representing Plaintiffs in this action, Ms. Keeley shall

be bound and abide by all Local Rules for the United States District Court for the Western District of Texas.

**SIGNED** this 1st day of December, 2022.

                                **VICTOR ROBERTO GARCÍA**
                                **UNITED STATES MAGISTRATE JUDGE**