**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)           $ _____
☐ Return Receipt (electronic)         $ _____      Postmark
☐ Certified Mail Restricted Delivery  $ _____      Here
☐ Adult Signature Required            $ _____
☐ Adult Signature Restricted Delivery $ _____

Postage
$

Molly Thomas-Jensen
Everytown Law
450 Lexington Avenue, P.O. Box #4184
New York, NY 10163
2:22-cv-00059-AM-VRG DOC[7]

7021 1970 0001 7402 0971

PS Form 3800, April 2015 PSN 7530-02-000-9047       See Reverse for Instructions