7021 1497 0000 7042 0988

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com*.

OFFICIAL USE

Certified Mail Fee
$
Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)  $ _____
☐ Return Receipt (electronic)  $ _____
☐ Certified Mail Restricted Delivery  $ _____
☐ Adult Signature Required  $ _____
☐ Adult Signature Restricted Delivery  $ _____

Postmark
Here

Pos
$
Tot:
$
Ser
Stre
City

Laura Keeley
Everytown Law
450 Lexington Avenue, P.O. Box #4184
New York, NY 10163
2:22-cv-00059-AM-VRG DOC[8]

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions