**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $ _____
☐ Return Receipt (electronic) $ _____
☐ Certified Mail Restricted Delivery $ _____
☐ Adult Signature Required $ _____
☐ Adult Signature Restricted Delivery $ _____

Postage
$

Postmark
Here

To: Eric Tirschwell
Everytown Law
450 Lexington Avenue, P.O. Box #4184
New York, NY 10163
2:22-cv-00059-AM-VRG DOC[9]

7021 1970 0001 2042 1008

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions