**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees *(check box, add fee as appropriate)*
- ☐ Return Receipt (hardcopy) $ _____
- ☐ Return Receipt (electronic) $ _____
- ☐ Certified Mail Restricted Delivery $ _____
- ☐ Adult Signature Required $ _____
- ☐ Adult Signature Restricted Delivery $ _____

Postmark
Here

Po
$
To
$
Se **Ryan Gerber**
Si **Everytown Law**
Ci **450 Lexington Avenue, P.O. Box #4184**
**New York, NY 10163**
**2:22-cv-00059-AM-VRG DOC[10]**

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions