**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com*.

OFFICIAL USE

| Certified Mail Fee | |
|---|---|
| $ | |

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy) $ _____
☐ Return Receipt (electronic) $ _____   Postmark
☐ Certified Mail Restricted Delivery $ _____   Here
☐ Adult Signature Required $ _____
☐ Adult Signature Restricted Delivery $ _____

Postage
$
Total Postage
$

Sent To **David Lopez**
Street a **David Lopez Attorney at Law**
City, Sta **2806 Fredericksburg Rd., Suite 118**
**San Antonio, TX 78201**
**2:22-cv-00059-AM-VRG DOC[11]**

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

7021 1970 0001 2407 1015