UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | |
|---|---|
| SANDRA C. TORRES, INDIVIDUALLY AND AS MOTHER AND REPRESENTATIVE OF THE ESTATE OF DECEDENT, ELIAHNA TORRES, AND AS NEXT FRIEND OF E.S.T., MINOR CHILD; ELI TORRES, JR.; and JUSTICE TORRES, § § § § § § § § *Plaintiffs,* § § v. § § DANIEL DEFENSE, LLC; DANIEL DEFENSE, INC; OASIS OUTBACK, LLC; CITY OF UVALDE; UVALDE CONSOLIDATED INDEPENDENT SCHOOL DISTRICT; UVALDE COUNTY; UVALDE CONSOLIDATED INDEPENDENT SCHOOL DISTRICT POLICE DEPARTMENT ("UCISD-PD") CHIEF PEDRO 'PETE' ARREDONDO; UCISD-PD OFFICER ADRIAN GONZALEZ; UCISD-PD RESERVE OFFICER AND UCISD SCHOOL BOARD MEMBER JESUS "J.J." SUAREZ; UVALDE POLICE DEPARTMENT ("UPD") SERGEANT EDUARDO CANALES; UPD LIEUTENANT AND ACTING CHIEF MARIANO PARGAS; UPD LIEUTENANT JAVIER MARTINEZ; UPD SERGEANT DANIEL CORONADO; UPD OFFICER LOUIS LANDRY; UPD OFFICER DONALD PAGE; UPD OFFICER JUSTIN MENDOZA; UVALDE COUNTY CONSTABLE EMMANUEL ZAMORA; UVALDE COUNTY CONSTABLE JOHNNY FIELD; TEXAS DEPARTMENT OF PUBLIC SAFETY ("TDPS") CAPTAIN JOEL BETANCOURT; TDPS SERGEANT JUAN MALDONADO; | CIVIL ACTION NO. 2:22-CV-00059-AM-VRG<br><br>NOTICE OF RELATED CASES |

| | |
|---|---|
| **TDPS RANGER CHRISTOPHER KINDELL; TDPS TROOPER CRIMSON ELIZONDO; UVALDE FIRE MARSHAL JUAN HERNANDEZ; and DOES 1-123,** | §<br>§<br>§<br>§<br>§<br>§ |
| *Defendants.* | § |

## NOTICE OF RELATED CASES

Per Local Rule CV-3, Plaintiffs hereby provide the Court notice of two related cases subsequently filed in this District: *C., et al. v. Daniel Defense, et al.*, No. 1:22-cv-01251-LY (filed Nov. 29, 2022) and *P. et al v. Uvalde et al*, No. 1:22-cv-01252-LY (filed Nov. 29, 2022).

DATED: December 5, 2022

Respectfully Submitted,

 */s/ Molly Thomas-Jensen*

**EVERYTOWN LAW**
Eric Tirschwell (admitted PHV)
Molly Thomas-Jensen (admitted PHV)
Ryan Gerber (admitted PHV)
Laura Keeley (admitted PHV)
450 Lexington Avenue, P.O. Box #4184
New York, NY 10017
646-324-8226
etirschwell@everytown.org
mthomasjensen@everytown.org
rgerber@everytown.org
lkeeley@everytown.org

**LAW OFFICES OF BLAS DELGADO, P.C.**
Blas H. Delgado
2806 Fredericksburg Rd., Ste. 116
San Antonio, TX 78201
210-227-4186
delgadoblas@yahoo.com

**LM LAW GROUP, PLLC**
David Lopez (admitted PHV)
2806 Fredericksburg Rd., Ste. 118
San Antonio, TX 78201
210-396-2045
Ruiz.LMLawGroup@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of this motion upon each attorney of record and the original upon the Clerk of Court this 5th day of December, 2022, via ECF.

 */s/ Molly Thomas-Jensen*
Molly Thomas-Jensen