| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _M. C. Johnson_ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name) C. Date of Delivery<br>12/6/22 |
| 1. Article Addressed to:<br><br>**David Lopez**<br>**David Lopez Attorney at Law**<br>**2806 Fredericksburg Rd., Suite 118**<br>**San Antonio, TX 78201**<br>**2:22-cv-00059-AM-VRG DOC[11]**<br><br>9590 9402 7042 1225 9343 19 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>**FILED**<br>**DEC 0 8 2022**<br>**CLERK, U.S. DISTRICT COURT**<br>**WESTERN DISTRICT OF TEXAS**<br>**BY_____DEPUTY CLERK** |
| 2. Article Number (Transfer from service label)<br>7021 1970 0001 7402 1015 | 3. Service Type ☐ Priority Mail Express®<br>☐ Adult Signature ☐ Registered Mail™<br>☐ Adult Signature Restricted Delivery ☐ Registered Mail Restricted Delivery<br>☐ Certified Mail®<br>☐ Certified Mail Restricted Delivery ☐ Signature Confirmation™<br>☐ Collect on Delivery ☐ Signature Confirmation Restricted Delivery<br>☐ Collect on Delivery Restricted Delivery<br>☐ Insured Mail<br>☐ Insured Mail Restricted Delivery (over $500) |

PS Form 3811, July 2020 PSN 7530-02-000-9053      Domestic Return Receipt