| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)     C. Date of Delivery |
| 1. Article Addressed to:<br><br>**Laura Keeley**<br>**Everytown Law**<br>**450 Lexington Avenue, P.O. Box #4184**<br>**New York, NY 10163**<br>**2:22-cv-00059-AM-VRG DOC[8]**<br><br>‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖<br>9590 9402 7042 1225 9343 40 | D. Is delivery address different from item 1? ☐ Yes<br>YES, enter delivery address below: ☐ No<br><br>**FILED**<br>**DEC 1 2 2022**<br>**CLERK, U.S. DISTRICT COURT**<br>**WESTERN DISTRICT OF TEXAS**<br>BY_____ DEPUTY CLERK<br><br>3. Service Type<br>☐ Adult Signature                       ☐ Priority Mail Express®<br>☐ Adult Signature Restricted Delivery  ☐ Registered Mail™<br>☐ Certified Mail®                       ☐ Registered Mail Restricted Delivery<br>☐ Certified Mail Restricted Delivery   ☐ Signature Confirmation™<br>☐ Collect on Delivery                   ☐ Signature Confirmation Restricted Delivery<br>☐ Collect on Delivery Restricted Delivery<br>☐ Insured Mail<br>☐ Insured Mail Restricted Delivery (over $500) |
| 2. Article Number (Transfer from service label)<br>7021 1970 0001 7402 0988 | |

PS Form 3811, July 2020 PSN 7530-02-000-9053                                    Domestic Return Receipt