**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Molly Thomas-Jensen
Everytown Law
450 Lexington Avenue, P.O. Box #4184
New York, NY 10163
2:22-cv-00059-AM-VRG DOC[7]

9590 9402 7042 1225 9343 02

2. Article Number (Transfer from service label)

7021 1970 0001 7402 0971

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____  ☑ Agent
                        ☐ Addressee

B. Received by (Printed Name)          C. Date of Delivery
                                        12-16-22

D. Is delivery address different from item 1?  ☐ Yes
   YES, enter delivery address below:          ☐ No

FILED
DEC 19 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt