IN THE U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | | |
|---|---|---|
| SANDRA C. TORRES, Individually and as Mother and Representative of the Estate of Decedent, ELIAHNA TORRES, and as Next Friend of E.S.T., Minor Child; ELI TORRES, JR.; and JUSTICE TORRES, <br><br>*Plaintiffs,* <br><br>v. <br><br>DANIEL DEFENSE, LLC, ET AL., <br><br>*Defendants.* | § § § § § § § § § § § § § § § | CASE NO. 2:22-cv-00059-AM-CW |

## ORDER GRANTING DANIEL DEFENSE, LLC'S
## UNOPPOSED MOTION FOR LEAVE TO EXCEED PAGE LIMITS

On this day the Court considered Daniel Defense, LLC's Unopposed Motion for Leave to Exceed Page Limits. After considering the motion and Plaintiffs' response, if any, the Court finds that the motion should be granted.

IT IS THEREFORE ORDERED that Daniel Defense, LLC's Unopposed Motion for Leave to Exceed Page Limits is GRANTED.

The Clerk of the Court is instructed to file Daniel Defense, LLC's Rule 12(b)(6) Motion to Dismiss, attached as Exhibit 1 to their Motion for Leave, pursuant to Local Rule CV-7(b).

SIGNED this _____ day of February, 2023.

_____
ALIA MOSES
CHIEF UNITED STATES DISTRICT JUDGE

165468