IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | | |
|---|---|---|
| SANDRA C. TORRES, Individually and as Mother and Representative of the Estate of Decedent, ELIAHNA TORRES, and as Next Friend of E.S.T., Minor Child, et al., <br> Plaintiffs, <br><br> v. <br><br> DANIEL DEFENSE, LLC, et al., | § § § § § § § § § § § | Civil Action No. <br> DR-22-CV-00059-AM-VRG |

## ORDER GRANTING MOTION FOR LEAVE

Chief United States District Judge Alia Moses referred the above-captioned matter to the undersigned for initial proceedings consistent with 28 U.S.C. § 636(b)(1). Defendant Daniel Defense, LLC filed an Unopposed Motion for Leave to Exceed Page Limits applicable to their Motion to Dismiss. The Motion for Leave [ECF No. 22] is **GRANTED**. The Clerk shall accept and file Defendant's Motion to Dismiss attached as Exhibit 1 to the Motion for Leave.

**SIGNED** this 16th of February, 2023.

_____
VICTOR ROBERTO GARCIA
UNITED STATES MAGISTRATE JUDGE