UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | |
|---|---|
| SANDRA C. TORRES, INDIVIDUALLY AND AS MOTHER AND REPRESENTATIVE OF THE ESTATE OF DECEDENT, E.T., AND AS NEXT FRIEND OF E.S.T., MINOR CHILD; ELI TORRES, JR.; and JUSTICE TORRES,<br><br> *Plaintiffs,*<br><br>v.<br><br>DANIEL DEFENSE, LLC; DANIEL DEFENSE, INC; OASIS OUTBACK, LLC; CITY OF UVALDE; UVALDE CONSOLIDATED INDEPENDENT SCHOOL DISTRICT; UVALDE COUNTY; UVALDE CONSOLIDATED INDEPENDENT SCHOOL DISTRICT POLICE DEPARTMENT ("UCISD-PD") CHIEF PEDRO 'PETE' ARREDONDO; UVALDE POLICE DEPARTMENT ("UPD") LIEUTENANT AND ACTING CHIEF MARIANO PARGAS; FORMER UPD OFFICER AND UCISD SCHOOL BOARD MEMBER JESUS "J.J." SUAREZ; UPD SERGEANT DANIEL CORONADO; UPD OFFICER JUSTIN MENDOZA; UPD OFFICER MAX DORFLINGER; UVALDE COUNTY SHERIFF RUBEN NOLASCO; UVALDE COUNTY CONSTABLE EMMANUEL ZAMORA; UVALDE COUNTY CONSTABLE JOHNNY FIELD;  TEXAS DEPARTMENT OF PUBLIC SAFETY ("TDPS") CAPTAIN JOEL BETANCOURT; TDPS SERGEANT JUAN MALDONADO; TDPS RANGER CHRISTOPHER KINDELL; and DOES 1-119,<br><br> *Defendants*. | CIVIL ACTION NO. 2:22-CV-00059-AM-VRG<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF CERTAIN DEFENDANTS** |

# NOTICE OF VOLUNTARY DISMISSAL
# WITHOUT PREJUDICE OF CERTAIN DEFENDANTS

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs Sandra C. Torres, individually and as mother and representative of the Estate of Decedent, E.T., and as Next Friend of E.S.T., Minor Child; Eli Torres, Jr.; and Justice Torres provide notice that all claims previously asserted by Plaintiffs against the following defendants are voluntarily dismissed without prejudice:

- Uvalde Consolidated Independent School District Police Department Adrian Gonzalez;
- Uvalde Police Department Sergeant Eduardo Canales
- Uvalde Police Department Officer Louis Landry;
- Uvalde Police Department Officer Donald Page;
- Uvalde Police Department Officer Lieutenant Javier Martinez;
- Texas Department of Public Safety Trooper Crimson Elizondo;
- Uvalde Fire Marshal Juan Hernandez;

As of this filing, these defendants have not filed an answer or a motion for summary judgment in this action. Each party to bear its own costs, fees, and expenses.

DATED: February 23, 2023                     Respectfully Submitted,

                                             */s/ Molly Thomas-Jensen*

**EVERYTOWN LAW**
Eric Tirschwell (admitted PHV)
Molly Thomas-Jensen (admitted PHV)
Ryan Gerber (admitted PHV)
Laura Keeley (admitted PHV)
450 Lexington Avenue, P.O. Box #4184
New York, NY 10017
646-324-8226
etirschwell@everytown.org
mthomasjensen@everytown.org
rgerber@everytown.org
lkeeley@everytown.org

**LAW OFFICES OF BLAS DELGADO, P.C.**
Blas H. Delgado
2806 Fredericksburg Rd., Ste. 116
San Antonio, TX 78201
210-227-4186
delgadoblas@yahoo.com

**LM LAW GROUP, PLLC**
David Lopez (admitted PHV)
2806 Fredericksburg Rd., Ste. 118
San Antonio, TX 78201
210-396-2045
Ruiz.LMLawGroup@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of this motion upon each attorney of record and the original upon the Clerk of Court this 23rd day of February, 2023, via ECF.

*/s/ Molly Thomas-Jensen*
Molly Thomas-Jensen
