# EXHIBIT 1

**David Montpas**

| | |
|---|---|
| **From:** | David Prichard |
| **Sent:** | Tuesday, February 21, 2023 4:21 PM |
| **To:** | Molly Thomas-Jensen; David Montpas |
| **Cc:** | Eric Tirschwell; Ryan Gerber; Laura Keeley; David Lopez; Danny Moreno; Blas Delgado; David Neiman; Sarah Raisch |
| **Subject:** | RE: Torres et al. v. Daniel Defense et al. (22-cv-00059) |

We will respond to you shortly.

David M. Prichard
Prichard Young, LLP
10101 Reunion Place, Suite 600
San Antonio, Texas  78216
Telephone:  210.477.7401
Facsimile:   210. 477.7451
Email:  dprichard@prichardyoungllp.com

**CONFIDENTIAL**
**ATTORNEY CLIENT PRIVILEGED AND WORK PRODUCT PRIVILEGED**
The contents of this email and all attachments are intended as confidential communications protected by attorney-client privilege.  If you are not the intended recipient of this email, please immediately delete it and any attachments to it.  If you received this email in error, please contact David Prichard (dprichard@prichardyoungllp.com).

**From:** Molly Thomas-Jensen <mthomasjensen@everytown.org>
**Sent:** Tuesday, February 21, 2023 3:50 PM
**To:** David Prichard <dprichard@prichardyoungllp.com>; David Montpas <dmontpas@prichardyoungllp.com>
**Cc:** Eric Tirschwell <etirschwell@everytown.org>; Ryan Gerber <rgerber@everytown.org>; Laura Keeley <lkeeley@everytown.org>; David Lopez <Lopez.LMLawgroup@gmail.com>; Danny Moreno <Moreno.LMLawGroup@gmail.com>; Blas Delgado <delgadoblas@yahoo.com>; David Neiman <dneiman@rblaw.net>; Sarah Raisch <sraisch@rblaw.net>
**Subject:** Re: Torres et al. v. Daniel Defense et al. (22-cv-00059)

Counsel,

I am following up on my email from earlier today. We'd like to keep things moving, so please let us know your response by the end of the day. If we haven't heard from you by tomorrow morning, we'll go ahead with our filings and we can update the court accordingly if you do provide consent at a later date.

Many thanks,
Molly


On Tue, Feb 21, 2023 at 9:34 AM Molly Thomas-Jensen <mthomasjensen@everytown.org> wrote:

Dear Counsel,

I'm writing on behalf of plaintiffs in the above-referenced case.

We intend to file a new complaint today, with the Chicago-based law firm of Romanucci & Blandin and local Texas

1

counsel (copied here), on behalf of two new sets of plaintiffs (not including Eliahna Torres' family) in the Austin Division. It will include claims against Daniel Defense as well as law enforcement. We would also like to include Eliahna Torres' family in this new complaint as well and dismiss the current pending Torres complaint, but because you have answered in the Torres case, to do that we would need to file a stipulation of voluntary dismissal without prejudice of the instant case pursuant to FRCP 41(a)(1)(A)(ii). **Please let us know if you consent to stipulate to the voluntary dismissal of the Torres case**. If so, please add your signature block and signature to the attached stipulation.

If you object to the stipulation of voluntary dismissal, we will file a motion to dismiss the Torres case without prejudice under Rule 41(a)(2), which the Fifth Circuit has instructed are to be "freely granted," so that we can refile with the additional plaintiffs in Austin. *See Elbaor v. Tripath Imaging, Inc.*, 279 F.3d 314, 317 (5th Cir. 2002); *see also Bechuck v. Home Depot U.S.A., Inc.*, 814 F.3d 287, 298 (5th Cir. 2016).

Thank you,
Molly

--

**Molly Thomas-Jensen**
DEPUTY DIRECTOR OF AFFIRMATIVE LITIGATION
SHE/HER

EVERYTOWN LAW
EVERYTOWNLAW.ORG | @EVERYTOWN
MTHOMASJENSEN@EVERYTOWN.ORG
646-324-8226

This electronic message transmission contains information from Everytown Law which may be confidential or privileged. If you are not the intended recipient, please be aware that any disclosure, copying, distribution, or use of the contents of this information is prohibited. If you have received this electronic transmission in error, please notify us by telephone (646-324-8226) or by electronic mail (mthomasjensen@everytown.org) immediately.

--

**Molly Thomas-Jensen**
DEPUTY DIRECTOR OF AFFIRMATIVE LITIGATION
SHE/HER

EVERYTOWN LAW
EVERYTOWNLAW.ORG | @EVERYTOWN
MTHOMASJENSEN@EVERYTOWN.ORG
646-324-8226

This electronic message transmission contains information from Everytown Law which may be confidential or privileged. If you are not the intended recipient, please be aware that any disclosure, copying, distribution, or use of the contents of this information is prohibited. If you have received this electronic transmission in error, please notify us by telephone (646-324-8226) or by electronic mail (mthomasjensen@everytown.org) immediately.