IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | | |
|---|---|---|
| SANDRA C. TORRES, Individually and as Mother and Representative of the Estate of Decedent, E.T. and as Next Friend of E.S.T., Minor Child; ELI TORRES, JR.; and JUSTICE TORRES, *Plaintiffs,* <br><br> v. <br><br> DANIEL DEFENSE, LLC, ET AL., <br><br> *Defendants.* | §§§§§§§§§§§§§§§ | CASE NO. 2:22-cv-00059-AM-VRG |

## ORDER GRANTING DANIEL DEFENSE, LLC'S: (1) UNOPPOSED MOTION FOR LEAVE TO EXCEED PAGE LIMITS, AND (2) AGREED MOTION TO EXTEND RESPONSE AND REPLY DEADLINES

On this day the Court considered Daniel Defense, LLC's: (1) Unopposed Motion for Leave to Exceed Page Limits, and (2) Agreed Motion to Extend Response and Reply Deadlines. After considering the motion, the Court finds that the motion should be granted.

IT IS THEREFORE ORDERED that Daniel Defense, LLC's Unopposed Motion for Leave to Exceed Page Limits is GRANTED.

The Clerk of the Court is instructed to file Daniel Defense, LLC's Amended Rule 12(b)(6) Motion to Dismiss, attached as Exhibit 1 to their Motion for Leave, pursuant to Local Rule CV-7(b).

IT IS FURTHER ORDERED that Plaintiffs' Response to Daniel Defense's Amended Rule 12(b)(6) Motion is due on April 6, 2023.

IT IS FURTHER ORDERED that Daniel Defense, LLC's Reply in Support of its Amended Rule 12(b)(6)(1) Motion is due on April 20, 2023.

165601

SIGNED this _____ day of March, 2023.

_____
VICTOR R. GARCIA
UNITED STATES MAGISTRATE JUDGE

165601