AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:22-CV-00059-AM-VRG

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* UVALDE COUNTY, County Judge William Mitchell was received by me on *(date)* 03/03/2023.

[X] I personally served the summons on the individual at *(place)* 100 N. GETTY ST, UVALDE, TX 78801 on *(date)* 03/06/2023; or

[ ] I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

[ ] I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____; or

[ ] I returned the summons unexecuted because _____; or

[ ] Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 03/24/2023

*Server's signature*

Justin Fonseca
*Printed name and title*

162 CR 7712 Devine, TX. 78016
*Server's address*

Additional information regarding attempted service, etc:

**Complaint served along with "Motion for Notice of Withdrawal of Motion to Dismiss Without Prejudice" -and- Motion for Voluntary Dismissal (ECF 27) and reply brief (ECF 32).**

[Print]   [Save As...]   [Reset]