AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:22-CV-00059-AM-VRG

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* ___PEDRO "PETE" ARREDONDO,___

was received by me on *(date)* ___03/03/2023___ .

☒ I personally served the summons on the individual at *(place)* ___101 LARKSPUR DRIVE, UVALDE, TX 78801___
on *(date)* ___03/13/2023___ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ ___0.00___ .

I declare under penalty of perjury that this information is true.

Date: ___03/24/2023___

*Server's signature*

Justin Fonseca
*Printed name and title*

162 CR 7712 Devine, TX. 78016
*Server's address*

Additional information regarding attempted service, etc:

**Complaint served along with "Motion for Notice of Withdrawal of Motion to Dismiss Without Prejudice" -and- Motion for Voluntary Dismissal (ECF 27) and reply brief (ECF 32).**