AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:22-CV-00059-AM-VRG

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* EMMANUEL ZAMORA CONSTABLE UVALDE COUNTY,
was received by me on *(date)* 03/03/2023.

☒ I personally served the summons on the individual at *(place)* 2401 GARNER FIELD RD, UVALDE, TX 78801
on *(date)* 03/06/2023 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 03/24/2023

*Server's signature*

Justin Fonseca
*Printed name and title*

162 CR 7712 Devine, TX. 78016
*Server's address*

Additional information regarding attempted service, etc:

**Complaint served along with "Motion for Notice of Withdrawal of Motion to Dismiss Without Prejudice" -and- Motion for Voluntary Dismissal (ECF 27) and reply brief (ECF 32).**

[Print]   [Save As...]                                                    [Reset]