Civil Action No. 2:22-CV-00059-AM-VRG

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Ruben Nolasco**

was received by me on *(date)* **03/03/2023 3:49PM**.

☒ I personally served the summons on the individual at *(place)* **5 BRIAR COURT, UVALDE, TX 78801**
on *(date)* **03/06/2023**; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify)*:

My fees are $ ___ for travel and $ ___ for services, for a total of $ **0.00**.

I declare under penalty of perjury that this information is true.

Date: **03/24/2023**

*Server's signature*

**Justin Fonseca**
*Printed name and title*

**162 CR 7712 Devine, TX. 78016**
*Server's address*

Additional information regarding attempted service, etc:

**Complaint served along with "Motion for Notice of Withdrawal of Motion to Dismiss Without Prejudice" -and- Motion for Voluntary Dismissal (ECF 27) and reply brief (ECF 32).**

[ Print ]   [ Save As... ]   [ Reset ]