IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | | |
|---|---|---|
| **SANDRA C. TORRES**, Individually and as Mother and Representative of the **ESTATE OF DECEDENT E.T.**, and as Next Friend of **E.S.T.** Minor Child, **ELI TORRES, JR.** and **JUSTICE TORRES**, *Plaintiffs*, v. **DANIEL DEFENSE, LLC**, et al., *Defendants*. | § § § § § § § § § § § § | Case No. 2:22-cv-00059-AM-VRG |

## NOTICE OF APPEARANCE OF LEAD COUNSEL FOR DEFENDANTS UVALDE COUNTY, UVALDE COUNTY SHERIFF RUBEN NOLASCO, UVALDE COUNTY CONSTABLE EMMANUEL ZAMORA, AND UVALDE COUNTY CONSTABLE JOHNNY FIELD

PLEASE TAKE NOTICE that the undersigned attorney, CHARLES S. FRIGERIO hereby enters an appearance as Lead Counsel and Attorney Hector X. Saenz as Counsel for Defendants Uvalde County, Uvalde County Sheriff Ruben Nolasco, Uvalde County Constable Emmanuel Zamora, and Uvalde County Constable Johnny Field in the above-styled and numbered cause. Service of all pleadings, papers, orders, and documents required to be served in this action should be served on Charles S. Frigerio as follows:

Charles S. Frigerio
State Bar No. 07477500

Hector X. Saenz
State Bar No. 17514850
**LAW OFFICES OF CHARLES S. FRIGERIO**
A Professional Corporation
Riverview Towers
111 Soledad, Suite 465
San Antonio, Texas 78205
(210) 271-7877
(210) 271-0602 Telefax
Email: CSF@FrigerioLawFirm.com
Firm@FrigerioLawFirm.com

Respectfully submitted,

**LAW OFFICES OF CHARLES S. FRIGERIO**
A Professional Corporation
Riverview Towers
111 Soledad, Suite 465
San Antonio, Texas 78205
(210) 271-7877
(210) 271-0602 Telefax
Email: CSF@FrigerioLawFirm.com
 Firm@FrigerioLawFirm.com


By:  /s/ Charles S. Frigerio
 Charles Frigerio
 State Bar No. 07477500

 Hector X Saenz
 State Bar No. 17514850

**- AND -**

**WRIGHT & GREENHILL, P.C.**
Blair J. Leake
State Bar No. 24081630
bleake@w-g.com
Stephen B. Barron
State Bar No. 24109619
sbarron@w-g.com
4700 Mueller Blvd., Suite 200
Austin, Texas  78723
(512) 476-4600
(512) 476-5382 – Fax

**ATTORNEYS FOR DEFENDANTS**
**UVALDE COUNTY, UVALDE COUNTY SHERIFF**
**RUBEN NOLASCO, UVALDE COUNTY CONSTABLE**
**EMMANUEL ZAMORA, AND UVALDE COUNTY**
**CONSTABLE JOHNNY FIELD**

## CERTIFICATE OF SERVICE

I hereby certify that on the 18th day of April, 2023, a true and correct copy of the foregoing document was caused to be served upon all counsel of record via E-File/E-Service/E-Mail, in accordance with the Federal Rules of Civil Procedure.


/s/Charles S. Frigerio
Charles S. Frigerio