UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | |
|---|---|
| SANDRA C. TORRES, INDIVIDUALLY AND AS MOTHER AND REPRESENTATIVE OF THE ESTATE OF DECEDENT, E.T., ET AL.,<br><br>*Plaintiffs,*<br><br>v.<br><br>DANIEL DEFENSE, LLC, ET AL<br><br>*Defendants* | §§§§§§§§§§§§§§<br><br>Case No. 2:22-CV-00059-AM |

## ORDER ON DEFENDANT PEDRO "PETE" ARREDONDO'S MOTION TO DISMISS PLAINTIFFS' ORIGINAL COMPLAINT

After consideration of Defendant Pedro "Pete" Arredondo's Motion to Dismiss pursuant to Rules 12(b)(1) and 12(b)(6), this Court is of the opinion that it should be **GRANTED**.

It is **ORDERED** that all of Plaintiffs' claims against Defendant Arredondo are dismissed with prejudice.

This is a **FINAL JUDGMENT**.

Signed this_____ day of _____, 2023.

_____
UNITED STATES DISTRICT JUDGE