United States District Court

Western District of Texas

Del Rio

**Deficiency Notice**

| | |
|---|---|
| To: | Brandt, Thomas Phillip |
| From: | Court Operations Department, Western District of Texas |
| Date: | Thursday, June 8, 2023 |
| Re: | 02:22-CV-00059-AM / Doc # 0 / Filed On: 06/07/2023 04:24 PM CST |

Pursuant to the <u>Administrative Policies and Procedures for Electronic Filing in Civil and Criminal Cases</u>, the following pleading has been filed. However, it is deficient in the area(s) checked below. Please correct the deficiency(ies), as noted below, and re-file document **IMMEDIATELY**. When re-filing document, other than a motion, please ensure you add 'corrected' to the docket text. If the document you are re-filing is a motion, select 'corrected' from the drop-down list.

**If an erroneous filing results in failure to meet a deadline, you will need to seek relief, for any default, from the presiding judge.**

(1) Other
   Remarks: Proposed order is incorrect. Please correct signature line to read CHIEF UNITED STATES DISTRICT JUDGE.