IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | |
|---|---|
| SANDRA C. TORRES, INDIVIDUALLY § <br> AND AS MOTHER AND REPRE- § <br> SENTATIVE OF THE ESTATE OF § <br> DECEDENT, E.T., § <br> AND AS NEXT FRIED OF E.S.T., § <br> MINOR CHILD; ELI TORRES, JR., § <br> AND JUSTICE TORRES, § <br> Plaintiffs, § <br> § <br> vs. § <br> § <br> DANIEL DEFENSE, LLC; *et. al.* § <br> Defendants. § | CASE NO. 2:22-cv-00059 |

**ORDER GRANTING DEFENDANT UVALDE CONSOLIDATED
INDEPENDENT SCHOOL DISTRICT'S 12(b)(1) MOTION TO DISMISS AND 12(b)(6)
MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT (Dkt. No. 26)**

Be it remembered that on this day came to be considered Defendant Uvalde Consolidated Independent School District's 12(b)(1) Motion to Dismiss for Lack of Subject-Matter Jurisdiction and 12(b)(6) Motion to Dismiss Plaintiffs' First Amended Complaint. After considering said pleadings and other documents on file in this cause, and the arguments of the parties, the Court finds that said Motion has merit and should be GRANTED.

It is therefore ORDERED, ADJUDGED AND DECREED that Defendant UCISD's Motion to Dismiss is hereby GRANTED. Plaintiffs' claims are hereby DISMISSED WITH PREJUDICE, and this is a FINAL JUDGMENT.

IT IS SO ORDERED on this _____ day of _____, 2023.

_____
CHIEF UNITED STATES DISTRICT JUDGE