# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# DEL RIO DIVISION

| | |
|---|---|
| Sandra C. Torres *et al.*, | |
| Plaintiffs, | |
| v. | Case No. 22-cv-00059-AM |
| Daniel Defense, LLC *et al.*, | Chief Judge Alia Moses |
| Defendants. | |

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiffs Sandra C. Torres, individually and as mother and representative of the estate of decedent E.T., and as next friend of E.S.T. (a minor), Eli Torres, Jr., and Justice Torres (collectively, "Plaintiffs"), hereby dismiss *without prejudice* their claims against only the following Defendants: City of Uvalde, Mariano Pargas, Jesus "J.J." Suarez, Daniel Coronado, Justin Mendoza, and Max Dorflinger. Each party to bear their own fees and costs. Plaintiffs do not dismiss any other claims brought against any other defendants.

DATED: April 17, 2025                                        Respectfully Submitted,

                                                             */s/ Dana Mulhauser*

**LAW OFFICES OF BLAS DELGADO, P.C.**
Blas H. Delgado
2806 Fredericksburg Rd., Ste. 116
San Antonio, TX 78201
210-227-4186
delgadoblas@yahoo.com

**LM LAW GROUP, PLLC**
David Lopez
2806 Fredericksburg Rd., Ste. 118
San Antonio, TX 78201
210-396-2045
Moreno.LMLawGroup@gmail.com

**EVERYTOWN LAW**
Eric Tirschwell (*pro hac vice*)
Laura Keeley (*pro hac vice*)
Dana Mulhauser
450 Lexington Avenue, P.O. Box #4184
New York, NY 10017
646-324-8226
etirschwell@everytown.org
lkeeley@everytown.org
dmulhauser@everytown.org