UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | |
|---|---|
| Sandra C. Torres *et al.*, | |
| Plaintiffs, | |
| v. | Case No. 22-cv-00059-AM |
| Daniel Defense, LLC *et al.*, | Chief Judge Alia Moses |
| Defendants. | |

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiffs Sandra C. Torres, individually and as mother and representative of the estate of decedent E.T., and as next friend of E.S.T. (a minor); Eli Torres, Jr.; and Justice Torres (collectively, "Plaintiffs"), hereby dismiss *with prejudice* their claims against only the following Defendants: City of Uvalde, Mariano Pargas, Jesus "J.J." Suarez, Daniel Coronado, Justin Mendoza, and Max Dorflinger. Each party to bear their own fees and costs. Plaintiffs do not dismiss any other claims brought against any other defendants.

DATED: October 10, 2025

Respectfully Submitted,

*/s/ Dana Mulhauser*

| | |
|---|---|
| **LAW OFFICES OF BLAS DELGADO, P.C.** | **EVERYTOWN LAW** |
| Blas H. Delgado | Eric Tirschwell (*pro hac vice*) |
| 2806 Fredericksburg Rd., Ste. 116 | Laura Keeley (*pro hac vice*) |
| San Antonio, TX 78201 | Dana Mulhauser |
| 210-227-4186 | 450 Lexington Avenue, P.O. Box #4184 |
| delgadoblas@yahoo.com | New York, NY 10017 |
| | 646-324-8226 |
| **LM LAW GROUP, PLLC** | etirschwell@everytown.org |
| David Lopez | lkeeley@everytown.org |
| 2806 Fredericksburg Rd., Ste. 118 | dmulhauser@everytown.org |
| San Antonio, TX 78201 | |
| 210-396-2045 | |
| Moreno.LMLawGroup@gmail.com | |

## CERTIFICATE OF SERVICE

I hereby certify that on October 10, 2025, I served the following counsel through electronic service (ECF) as authorized by Fed. R. Civ. Pro. 5:

David M. Prichard
David R. Montpas
Prichard Young, LLP
Union Square, Suite 600
10101 Reunion Place
San Antonio, Texas 78216

Stephen B. Barron
Blair J. Leake
Wright and Greenhill PC
4700 Mueller Blvd.
Suite 200
Austin, TX 78723

Thomas Phillip Brandt
Charles D. Livingston
Laura Dahl O'Leary
Fanning Harper Martinson Brandt & Kutchin, P.C.
One Glen Lakes
8140 Walnut Hill Lane
Ste 200
Dallas, TX 75231

D. Craig Wood
Katie E. Payne
Walsh Gallegos Trevino Kyle & Robinson P.C.
1020 N.E. Loop 410, Suite 450
San Antonio, Texas 78209

James E. Byrom
Stephanie Anne Hamm
Thompson & Horton, L.L.P.
Phoenix Tower, Suite 2000
3200 Southwest Freeway
Houston, TX 77027

Andre M. Landry, III
J.J. Hardig
Justin R. Cowan
Gray Reed
1300 Post Oak Blvd., Suite 2000
Houston, TX 77056

Clarissa M. Rodriguez
Patrick Charles Bernal
Denton, Navarro, Rocha & Bernal PC
2517 North Main Avenue
San Antonio, TX 78212

Charles Straight Frigerio
Hector Xavier Saenz
Law Offices of Charles S Frigerio
Riverview Towers
111 Soledad, Suite 465
San Antonio, TX 78205

William Scott Helfand
Norman Ray Giles
Randy Edward Lopez
Lewis Brisbois Bisgaard & Smith LLP
24 Greenway Plaza, Suite 1400
Houston, TX 77046

Briana Webb
Office of the Attorney General
Law Enforcement Defense Division
300 W 15th St.
Austin, TX 78701

*/s/ Dana Mulhauser*

Dana Mulhauser