UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | | |
|---|---|---|
| SANDRA C. TORRES, et al., | § | |
| | § | |
| *Plaintiffs,* | § | |
| | § | Case No. 2:22-CV-00059-AM |
| v. | § | |
| | § | |
| DANIEL DEFENSE, LLC, et al., | § | |
| | § | |
| *Defendants*. | § | |
| | § | |

**PLAINTIFFS' OPPOSED MOTION FOR A STATUS CONFERENCE**

To the Honorable Chief U.S. District Court Judge Moses:

Sandra C. Torres, individually and as mother and representative of the estate of decedent E.T., and as next friend of E.S.T. (a minor), Eli Torres, Jr., and Justice Torres (collectively, "Plaintiffs") respectfully submit this motion for a status conference, pursuant to Federal Rule of Civil Procedure 16(a). We have conferred with counsel for each defendant about this motion, and they have advised that they are opposed.[1]

The following motions are currently pending in this case:

- Plaintiffs' motion to amend complaint – fully briefed as of July 19, 2024

- Defendant Uvalde Consolidated Independent School District's motion to dismiss – fully briefed as of August 4, 2023

- Defendant Oasis Outback's motion to dismiss – fully briefed as of June 26, 2023

---

[1] Counsel for Defendant Uvalde Consolidated Independent School District did not respond to Plaintiffs' emails.

1

- Defendants Joel Betancourt, Juan Maldonado, and Christopher Kindell's motion to dismiss – fully briefed as of June 22, 2023

- Defendant Pedro Arredondo's motion to dismiss – fully briefed as of June 7, 2023

- Defendant Daniel Defense's motion to dismiss – fully briefed as of April 20, 2023

After briefing on the motions to dismiss closed, the Parties filed the following notices of supplemental authority that they believe will aid in the Court's disposition of these motions:

- Plaintiffs' notice of supplemental authority, filed on August 29, 2025 (ECF No. 166)

- Daniel Defense's notice of supplemental authority, filed on June 18, 2025 (ECF No. 163)

- Plaintiffs' notice of supplemental authority, filed on May 6, 2025 (ECF No. 161)

- Uvalde County Defendants' advisory to the Court, filed on March 7, 2024 (ECF. No. 136)[2]

- Plaintiffs' notice of supplemental authorities, filed on January 29, 2024 (ECF No. 131)

- Uvalde police officer Defendants Justin Mendoza, Max Dorflinger, Telesforo Coronado, and Mariano Pargas' notice of supplemental authority, filed on August 7, 2023 (ECF No. 123)[3]

Fed. R. Civ. P. 16 provides that the Court may order the attorneys of the parties to appear for one or more pretrial conferences for purposes such as expediting disposition of the action and

---

[2] Plaintiffs filed a notice of voluntary dismissal regarding the Uvalde County Defendants on September 22, 2025. ECF No. 168.
[3] Plaintiffs filed a notice of voluntary dismissal regarding the City of Uvalde Defendants on October 10, 2025. ECF No. 169.

preventing a case from becoming "protracted." Plaintiffs respectfully request the setting of a

status conference to determine dates for oral argument to expedite the resolution of these

motions.


DATED: April 1, 2026                                    Respectfully Submitted,

                                                        */s/ Laura Keeley*


**LAW OFFICES OF BLAS DELGADO, P.C.**          **EVERYTOWN LAW**
Blas H. Delgado                                 Eric Tirschwell
2806 Fredericksburg Rd., Ste. 116               Dana Mulhauser
San Antonio, TX 78201                           Laura Keeley
210-227-4186                                    450 Lexington Avenue, P.O. Box #4184
delgadoblas@yahoo.com                           New York, NY 10017
                                                646-324-8226
                                                etirschwell@everytown.org
                                                lkeeley@everytown.org

                                                **LM LAW GROUP, PLLC**
                                                David Lopez
                                                2806 Fredericksburg Rd., Ste. 118
                                                San Antonio, TX 78201
                                                210-396-2045
                                                Moreno.LMLawGroup@gmail.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the 1st day of April, 2026, I served the following counsel through

electronic service (ECF) as authorized by Fed. R. Civ. Pro. 5:

David M. Prichard
David R. Montpas
Prichard Young, LLP
Union Square, Suite 600
10101 Reunion Place
San Antonio, Texas 78216

Stephen B. Barron
Blair J. Leake
Wright and Greenhill PC
4700 Mueller Blvd.
Suite 200
Austin, TX 78723

Thomas Phillip Brandt
Charles D. Livingston
Laura Dahl O'Leary
Fanning Harper Martinson Brandt & Kutchin,
P.C.
One Glen Lakes
8140 Walnut Hill Lane
Ste 200
Dallas, TX 75231

D. Craig Wood
Katie E. Payne
Walsh Gallegos Trevino Kyle & Robinson
P.C.
1020 N.E. Loop 410, Suite 450
San Antonio, Texas 78209

James E. Byrom
Stephanie Anne Hamm
Thompson & Horton, L.L.P.
Phoenix Tower, Suite 2000
3200 Southwest Freeway
Houston, TX 77027

Andre M. Landry, III
J.J. Hardig
Justin R. Cowan
Gray Reed
1300 Post Oak Blvd., Suite 2000
Houston, TX 77056

Clarissa M. Rodriguez
Patrick Charles Bernal
Denton, Navarro, Rocha & Bernal PC
2517 North Main Avenue
San Antonio, TX 78212

Charles Straight Frigerio
Hector Xavier Saenz
Law Offices of Charles S Frigerio
Riverview Towers
111 Soledad, Suite 465
San Antonio, TX 78205

William Scott Helfand
Norman Ray Giles
Randy Edward Lopez
Lewis Brisbois Bisgaard & Smith LLP
24 Greenway Plaza, Suite 1400
Houston, TX 77046

Briana Webb
Office of the Attorney General
Law Enforcement Defense Division
300 W 15th St.
Austin, TX 78701

*/s/ Laura Keeley*
Laura Keeley

1